Charles R. MYERS et al., Appellants,

v.

HAWKEYE–SECURITY INSURANCE COMPANY, a corporation.

No. 16030.

United States Court of Appeals
Eighth Circuit.

Aug. 13, 1958.

Wherritt & Turpin, Liberty, Mo., Sebree, Shook, Hardy & Ottman and Julian M. Levitt, Kansas City, Mo., for appellants.

Sprinkle, Carter, Sprinkle & Larson, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellants, on application of all parties for dismissal of appeal.

NATIONAL LABOR RELATIONS BOARD Petitioner,

v.

AMALGAMATED CLOTHING WORK-ERS OF AMERICA, AFL–CIO.

No. 16064.

United States Court of Appeals
Eighth Circuit.

Aug. 19, 1958.

Thomas J. McDermott, Associate General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Philip Lampert, Chicago, Ill., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

UNITED STATES of America, Appellant,

v.

Eugene B. McCORMICK.

No. 16069.

United States Court of Appeals
Eighth Circuit.

Aug. 21, 1958.

Clifford Janes, U. S. Atty., St. Paul, Minn., for appellant.

William W. Essling, St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court, 159 F. Supp. 920, dismissed on stipulation of parties.

Marion J. JACKSON, Appellant,

v.

UNITED STATES of America.

No. 16045.

United States Court of Appeals
Eighth Circuit.

Aug. 25, 1958.

Hjellum, Weiss, Nerison & Ottmar, Jamestown, N. D., for appellant.

Robert Vogel, U. S. Atty., Fargo, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of parties in this Court, on stipulation of parties.